IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY PICKETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv833-T |
| | ) | (WO) |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 25, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief is DENIED and that the petition is DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this 18th day of November, 2005.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE