IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY PICKETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv833-T |
| | ) | (WO) |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is ORDERED and

ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and

hereby is dismissed without prejudice.

Done this 18th day of November, 2005.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE